THERESA BOMBACE *v.* JANET S. BRADBURY ET AL.
(11595)

HEIMAN, FREEDMAN and SCHALLER, Js.

Argued May 5—decision released May 25, 1993

*Donald E. Wetmore,* with whom was *Jerome N. Gold-stein,* for the appellant (plaintiff).

*Theodore R. Tyma,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.